GORGONIO BALBUENA et al., Appellants, v IDR REALTY LLC et al., Defendants and Third-Party Plaintiffs. TAMAN MANAGEMENT CORP., Third-Party Defendant-Respondent. ATTORNEY GENERAL OF THE STATE OF NEW YORK, Intervenor-Appellant.

Submitted December 12, 2005; decided December 15, 2005

Motion by Washington Legal Foundation et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.